09MC396 ★ APR 15 2010 ★

IN CLERK'S OFFICE
DISTRICT COURT E.D.N.Y.
BROOKLYN OFFICE

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

**REVISED**

-----------------------------x
IN THE MATTER OF

**MARC S. DREIER,**

       An Attorney
-----------------------------x

**ORDER OF DISBARMENT**

Pursuant to Local Rule 46.2(c)(2)

Docket No.: 10-90039-am

    An order having been entered on October 6, 2009 in the Supreme Court of the State of New York, Appellate Division, First Judicial Department, disbarring **MARC S. DREIER,** who was admitted to practice as an attorney before this Court on October 8, 2009,

    **IT IS ORDERED THAT**, pursuant to Rule 46.2(c)(2) of the Rules of this Court, supplementing the Federal Rules of Appellate Procedure, **MARC S. DREIER** be and hereby is disbarred from the practice of law before this Court upon such terms and conditions as set forth in the above-mentioned order of the Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department and until further order of this Court, and that this order shall become effective 28 days after the date of service upon said attorney unless otherwise modified or stayed.

                            FOR THE COURT:

                            CATHERINE O'HAGAN WOLFE
                            CLERK OF COURT

Dated:  March 26, 2010
         New York, New York